FILED
CLERK, U.S. DISTRICT COURT

SEP - 3 2021

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:21-MJ-04035-DUTY-1 |
| Plaintiff, | |
| v. | ORDER OF DETENTION AFTER HEARING |
| DOUGLAS ALEXANDER CASTILLO, | [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. 3143(a)] |
| Defendant. | |

The defendant having been arrested in the Central District of California pursuant to a warrant issued by the United States District Court for the District of Arizona for alleged violation of the terms and conditions of the defendant's supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

\\
\\
\\

A. (X) The defendant has not met the defendant's burden of establishing by clear and convincing evidence that the defendant is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the defendant's history of deportation and the defendant's history of failures to appear.

and

B. (X) The defendant has not met the defendant's burden of establishing by clear and convincing evidence that the defendant is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the defendant's criminal history, including his 2011 felony conviction for a crime of violence.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED: September 3, 2021

KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE